IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| REGINALD FULLARD, | ) |
| Plaintiff, | ) |
| v. | ) 1:19CV869 |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, | ) |
| Defendant(s). | ) |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 23, 2020, was served on the parties in this action. Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that Plaintiff's document entitled, "Affidavit of Facts, Objection Filed", (ECF No. 8), construed as a motion for reconsideration of the court's Judgment, and Plaintiff's motion entitled, "Petition Motion for Stay to Amend Action Pursuant to 42 U.S.C. § 1983 the Form Process of Complaint", (ECF No. 9), are DENIED.

This, the 5th day of February 2021.

/s/ Loretta C. Biggs
United States District Judge